# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

September 3, 2019

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 19-2683

Caption:
BRUCE CARNEIL WEBSTER,
Petitioner - Appellee

v.

T. J. WATSON, Warden,
Respondent - Appellant

District Court No: 2:12-cv-00086-JPH-MJD
Clerk/Agency Rep Laura A. Briggs
District Judge William T. Lawrence

Date NOA filed in District Court: 08/30/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)