_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

**No. 19-2683**

_____

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER (Federal Prisoner: #26177-077), | ) )  | Appeal from the United States District Court for |
| Petitioner-Appellee, | ) | the Southern District of Indiana |
| | ) | |
| v. | ) | No. 2:12-CV-86-WTL-MJD |
| | ) | |
| T.J.WATSON, Warden, | ) | Honorable William T. Lawrence |
| | ) | United States District Judge |
| Respondent-Appellant. | ) | |

_____

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance in the captioned appeal on behalf of T.J. Watson, Warden.

Respectfully submitted,

JOSHUA J. MINKLER
United States Attorney

/s/Joseph A. Magliolo
Assistant United States Attorney
Office of the United States Attorney
1100 Commerce St., 3rd Floor
Dallas, TX 75242
(214) 659-8736

## CERTIFICATE OF SERVICE

I certify that on September 16, 2019, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that the participants in this case are registered CM/ECF users and will therefore receive service of this filing via the CM/ECF system.

/s/Joseph A. Magliolo
*Assistant United States Attorney*