**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**No. 19-2683**

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER (Federal Prisoner: #26177-077), | ) ) | Appeal from the United States District Court for |
| Petitioner-Appellee, | ) | the Southern District of Indiana |
| | ) | |
| v. | ) | No. 2:12-CV-86-WTL-MJD |
| | ) | |
| T.J.WATSON, Warden, | ) | Honorable William T. Lawrence |
| | ) | United States District Judge |
| Respondent-Appellant. | ) | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters her appearance in the above matter on behalf of Bruce Carneil Webster, Petitioner-Appellee.

Respectfully submitted,

DORSEY & WHITNEY LLP

/s/Kirsten E. Schubert
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
(612) 492-6755

## CERTIFICATE OF SERVICE

I certify that on September 20, 2019, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that the participants in this case are registered CM/ECF users and will therefore receive service of this filing via the CM/ECF system.

/s/Kirsten E. Schubert

2