_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

**NO. 19-2683**
_____

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| (Federal Prisoner: #26177-077), | ) | Appeal from the |
| | ) | United States District Court |
| Petitioner-Appellee, | ) | Southern District of Indiana |
| | ) | |
| v. | ) | No. 2:12-CV-86-WTL-MJD |
| | ) | |
| T.J. WATSON, Warden, | ) | Honorable William T. Lawrence |
| | ) | United States District Judge |
| Respondent-Appellant. | ) | |

_____

**GOVERNMENT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME**

The government submits and incorporates by reference the attached affidavit and requests until November 14, 2019, to file the appellant's brief, which is presently due by October 15, 2019.

JOSHUA J. MINKLER
United States Attorney

/s/Leigha Simonton
Assistant United States Attorney
Office of the United States Attorney
1100 Commerce St., 3rd Floor
Dallas, TX 75242
(214) 659-8669

## CERTIFICATE OF SERVICE

I certify that on September 30, 2019, I electronically filed the foregoing and attached affidavit with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that all participants in this case are CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Leigha Simonton
Assistant United States Attorney

**AFFIDAVIT**

I, Leigha Simonton, Assistant United States Attorney, state:

1. This is the government's first request for an extension of time. The government requests until November 14, 2019, to file its appellant's brief. Kathryn Johnson, attorney for Mr. Webster, has no objection to this motion.

2. I am a Special Assistant U.S. Attorney in the Southern District of Indiana and an Assistant U.S. Attorney and Chief of the Appellate Division in the Northern District of Texas. In my capacity as an Assistant U.S. Attorney in the Northern District of Texas, I have two briefs due in the Fifth Circuit Court of Appeals (*U.S. v. Finchum*, No. 19-10597, and *U.S. v. Banda-Martinez*, No. 19-10495) before the present due date of October 15, 2019, for this appellant's brief. Additionally, I was not involved in the proceeding below, and it is taking a great deal of time to familiarize myself with the lengthy procedural history of this case (going back to 1994) and the 1,000-plus transcript pages from the district-court proceedings.

3. Mr. Webster will not suffer material prejudice from the extension because the district court below vacated his death sentence.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2019.

/s/ Leigha Simonton
Assistant United States Attorney

3