_____

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

**No. 19-2683**

_____

| | |
|---|---|
| BRUCE CARNEIL WEBSTER (Federal Prisoner: #26177-077), | Appeal from the United States District Court for the Southern District of Indiana |
| Petitioner-Appellee, | |
| v. | No. 2:12-CV-86-WTL-MJD |
| T.J.WATSON, Warden, | Honorable William T. Lawrence United States District Judge |
| Respondent-Appellant. | |

_____

**ENTRY OF APPEARANCE**

Erin Nealy Cox, the United States Attorney for the Northern District of Texas,

hereby enters her appearance in the captioned appeal on behalf of T.J. Watson,

Warden.

Respectfully submitted,

/s/ Erin Nealy Cox
ERIN NEALY COX
United States Attorney
Office of the United States Attorney
1100 Commerce St., 3rd Floor
Dallas, TX 75242
(214) 659-8600

## CERTIFICATE OF SERVICE

I certify that on November 19, 2019, I electronically filed the foregoing with the

Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by

using the CM/ECF system. I further certify that the participants in this case are

registered CM/ECF users and will therefore receive service of this filing via the

CM/ECF system.


/s/ Leigha Simonton
Assistant United States Attorney