

**United States Department of Justice**

Erin Nealy Cox
United States Attorney
Northern District of Texas

*1100 Commerce Street, Third Floor*    *(214) 659-8600*
*Dallas. TX 75242*    *(214) 659-8806 (fax)*

November 19, 2019

The Honorable Gino J. Agnello
Clerk, Seventh Circuit Court of Appeals
219 S. Dearborn Street
Suite 2722
Chicago, IL 60604

    Re: *Webster v. Watson,* Case No. 19-2683

Dear Mr. Agnello:

    I, along with Leigha Simonton and Jay Weimer, am the counsel of record in the aforementioned case. Pursuant to Circuit Rule 34(b)(3), I would respectfully request that the Court avoid scheduling oral argument in this case on the following days due to professional and personal conflicts: January 21-24, February 10-14, April 6-10, April 13-17, April 20-24, April 28-29, May 18-22, May 26-29, June 9-10, and July 7-8.

    Thank you for your consideration in this matter. Please feel free to contact us if you have any questions.

        Respectfully submitted,

        /s/ Erin Nealy Cox
        ERIN NEALY COX
        United States Attorney

CERTIFICATE OF SERVICE

    I certify that on November 19, 2019, I electronically filed this letter with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that the participants in this case are registered CM/ECF users and will therefore receive service of this filing via the CM/ECF system.

        /s/Leigha Simonton
        Assistant United States Attorney