**IN THE**
**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

**No. 19-2683**

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER (Federal Prisoner: #26177-077), | ) | Appeal from the |
| | ) | United States District Court for |
| Petitioner-Appellee, | ) | the Southern District of Indiana |
| | ) | |
| v. | ) | No. 2:12-CV-86-WTL-MJD |
| | ) | |
| T.J.WATSON, Warden, | ) | Honorable William T. Lawrence |
| | ) | United States District Judge |
| Respondent-Appellant. | ) | |

**PETITIONER-APPELLEE'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

Bruce Carneil Webster, Petitioner-Appellee, by counsel, Steven J. Wells, respectfully moves the Court for an extension of time within which to file his Response Brief of Appellee in the above-captioned case, and in support thereof states:

1.    The Government filed its Appellant's Brief on November 14, 2019.

2.    The Response Brief of Appellee is due to be filed on or before December 16, 2019.   No prior extensions of time have been sought to file the Response Brief.

3.    For the reasons set out in counsel's affidavit, attached hereto, counsel

believes that the brief cannot reasonably be completed prior to the current deadline.

4.  Leigha Simonton, Chief, Appellate Division, U.S. Attorney's Office, Northern District of Texas, has been contacted and has no objection to this extension.

Respectfully submitted,

DORSEY & WHITNEY LLP

/s/Steven J. Wells_____
Steven J. Wells
wells.steve@dorsey.com
Kirsten E. Schubert
schubert.kirsten@dorsey.com
Kathryn Johnson
johnson.kate@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Monica Foster
Italia Patti
INDIANA FEDERAL COMMUNITY DEFENDERS, INC.
111 Monument Circle, Suite 2150
Indianapolis, IN 46204
Telephone:  (317) 383-3520
Facsimile:  (317) 383-3535

*Attorneys for Appellee Bruce Carneil Webster*

**AFFIDAVIT IN SUPPORT OF MOTION FOR EXTESION OF TIME TO FILE APPELLEE'S BRIEF**

I, Steven J. Wells, counsel for Appellee, Bruce C. Webster, state as follows:

1.    This is Mr. Webster's first request for an extension of time.  Mr. Webster requests until January 15, 2020, to file the Response Brief of Appellee.

2.    The Government filed its Appellant's Brief – a submission nearly 100 pages in length – on November 14, 2019, pursuant to its unopposed motion to extend its briefing deadline by 30 days, which motion was granted by this Court.

3.    The matter under appeal is complex, and the Government has raised numerous issues regarding evidence adduced at the original trial in this matter over 20 years ago, and at evidentiary hearings held in 2018 and 2019.  Preparation of the Appellee's brief will require a thorough review, analysis and discussion of that evidence, all of which will require significant time.   Counsel from Dorsey & Whitney LLP will also be coordinating with co-counsel from the Indiana Federal Community Defender's Office, who actively participated in the evidentiary hearings, also requiring additional time.    Further, in

addition to the fact that the current briefing period includes the Thanksgiving holiday, my personal professional schedule for December is complicated by discovery and related obligations in several cases in state and federal court in different states, as well as a matter for which preliminary injunctive relief may be sought in Minnesota state court. Finally, this is a death penalty case that has been pending in the federal courts since 2009, and its significance cannot be overstated. As a result of these factors, Mr. Webster's Appellee's Brief cannot reasonably be completed within the existing briefing period.

4.    Leigha Simonton, Chief, Appellate Division, U.S. Attorney's Office, Northern District of Texas had indicated that the Government has no objection to this motion.

5.    Accordingly, I respectfully request that the Court extent the deadline for filing Appellee's Brief to January 15, 2020.

I affirm under penalties for perjury that the above representation are true and correct.

/s/Steven J. Wells_____
Steven J. Wells

## CERTIFICATE OF SERVICE

I certify that on December 2, 2019, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that the participants in this case are registered CM/ECF users and will therefore receive service of this filing via the CM/ECF system.

/s/Steven J. Wells_____
Steven J. Wells