**DORSEY**
always ahead

STEVEN J. WELLS
Partner
(612) 340-7809
FAX (952) 516-5526
wells.steve@dorsey.com

January 17, 2020

The Honorable Gino J. Agnello
Seventh Circuit Court of Appeals
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re:     Bruce Carneil Webster v. T.J. Watson, Warden
        Court File No. 19-2683

Dear Mr. Agnello:

    I am counsel of record in the aforementioned case. Pursuant to Circuit Rule 34(b)(3), I am writing to respectfully request that the Court avoid scheduling oral argument in this case on the following dates due to professional and personal conflicts:

    January 24, 27, 29, 31
    February 3, 5, 10, 13-14, 17-18, 24, 28
    March 2-4, 16, 23, 26, 30
    April 3, 6-10, 13-17, 20-24, 27-30
    May 1, 14-15, 18, 25-29
    June 1-5, 8-12, 15-19
    July 10

    Thank you for your consideration in this matter. Please feel free to contact me if you have any questions.

                        Very truly yours,

                        /s/Steven J. Wells

                        Steven J. Wells

SMG