# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 27, 2020

*By the Court:*

| | |
|---|---|
| No. 19-2683 | BRUCE CARNEIL WEBSTER, Petitioner - Appellee <br><br> v. <br><br> T. J. WATSON, Warden, Respondent - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:12-cv-00086-JPH-MJD <br> Southern District of Indiana, Terre Haute Division <br> District Judge William T. Lawrence |

**IT IS ORDERED** that counsel in this appeal shall present oral argument either telephonically or by Zoom Video Communications. No attorneys will be present in the courtroom. The clerk's office will contact counsel with further instructions.

**IT IS FURTHER ORDERED** that if all parties agree that this appeal can be resolved based on the briefs and record and without oral argument, the parties should file a joint motion to waive oral argument no later than seven days before the date of argument. See Fed. R. App. P.34(a).

form name: **c7_Order_BTC**(form ID: **178**)