# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 29, 2020

*By the Court:*

| | |
|---|---|
| No. 19-2683 | BRUCE CARNEIL WEBSTER,<br>Petitioner - Appellee<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 2:12-cv-00086-JPH-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence |

**IT IS ORDERED** that oral argument in this appeal, scheduled for May 13, 2020, is **VACATED**. The court will reschedule oral argument by later order.

form name: **c7_Order_BTC**(form ID: **178**)