# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 29, 2020

*By the Court:*

| No. 19-2683 | BRUCE CARNEIL WEBSTER,<br>Petitioner - Appellee<br><br>v.<br><br>T. J. WATSON, Warden,<br>Respondent - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:12-cv-00086-JPH-MJD<br>Southern District of Indiana, Terre Haute Division<br>District Judge William T. Lawrence | |

**IT IS ORDERED** that this court's order dated April 27, 2020, requiring oral argument in this appeal to be presented telephonically or by Zoom Video Communications is **VACATED**.

form name: **c7_Order_BTC**(form ID: **178**)