# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 21, 2020

*By the Court:*

No. 19-2683

| | |
|---|---|
| BRUCE CARNEIL WEBSTER,<br>    *Petitioner-Appellee,*<br><br>    *v.*<br><br>T. J. WATSON, Warden,<br>    *Respondent-Appellant.* | Appeal from the United States District Court for the Southern District of Indiana, Terre Haute Division.<br><br>No. 2:12-cv-00086-JPH-MJD<br><br>William T. Lawrence,<br>*Judge.* |

### O R D E R

**IT IS ORDERED** that oral argument in this case set for Wednesday, August 5, 2020, at 3:00 p.m. is hereby confirmed. Argument will be no more than 30 minutes for each side.

The courtroom of the Seventh Circuit is temporarily closed and no attorneys can be present in person, therefore, **IT IS FURTHER ORDERED** that counsel in this appeal shall present oral argument by Zoom Video Communications. The clerk's office will contact counsel with further instructions.