

# U.S. Department of Justice
United States Attorney
Northern District of Texas

*Earle Cabell Building*     *Telephone: 214.659.8600*
*1100 Commerce St., 3rd Floor*   *Fax: 214.659.8802*
*Dallas, Texas 75242-1699*

July 24, 2020

Collins T. Fitzpatrick
Circuit Executive, Seventh Circuit Court of Appeals
219 S. Dearborn Street, Rm. 2780
Chicago, Illinois 60604

    Re:    *Webster v. Watson*, No. 19-2683

Dear Mr. Fitzpatrick:

I write to correct the references in the Appellant's Brief to the burden of proof the district court applied with regard to Issue 1. The brief states that the district court applied the clear-and-convincing standard. The district court actually applied the preponderance-of-evidence standard and applied the clear-and-convincing standard in the alternative. (*See* 8/31/18 District Court Order (Docket Entry 117) at 14 & n.6.) Thus, the government corrects its references to "clear and convincing evidence" on pages 2, 16, 23, 26, and 39 of the Appellant's Brief to read "a preponderance of the evidence."

Sincerely,

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ Leigha Simonton*
Leigha Simonton
Assistant United States Attorney