# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

September 22, 2020

Before:    MICHAEL S. KANNE, Circuit Judge
DAVID F. HAMILTON, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge

| No. 19-2683 | BRUCE CARNEIL WEBSTER, Petitioner - Appellee |
| | v. |
| | T. J. WATSON, Warden, Respondent - Appellant |

| **Originating Case Information:** |
| District Court No: 2:12-cv-00086-JPH-MJD |
| Southern District of Indiana, Terre Haute Division |
| District Judge William T. Lawrence |

The District Court's judgment vacating Webster's capital sentence is **AFFIRMED** in accordance with the decision of this court entered on this date. Each party should bear their own costs.

form name: **c7_FinalJudgment**(form ID: **132**)