No. 19-2683

IN THE

# United States Court of Appeals

FOR THE SEVENTH CIRCUIT

BRUCE CARNEIL WEBSTER,

*Petitioner-Appellee,*

v.

T.J. WATSON, WARDEN

*Respondent-Appellant.*

On Appeal from the United States District Court
for the Southern District of Indiana, No. 2:12-CV-086-JPH-MJD
Hon. William T. Lawrence, District Judge

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR PANEL REHEARING
## OR FOR REHEARING EN BANC

The United States, representing T.J. Watson, respectfully moves for

an extension of 30 days—until November 5, 2020—to file a petition for

panel rehearing or for rehearing en banc. The Court filed its opinion on

September 22, 2020. A petition for rehearing is currently due by October 6,

2020. *See* Fed. R. App. P. 35(c), 40(a)(1).

The U.S. Attorney's Office for the Northern District of Texas is required to report this Court's decision affirming the district court's vacatur of Webster's death sentence to the Solicitor General, who will decide whether to seek further review of the decision. The U.S. Attorney's Office has been reviewing the decision and is in the process of determining whether to recommend a petition for panel rehearing and/or rehearing en banc. Final preparation of the government's position and the Solicitor General's review of the case typically takes multiple weeks.

The government does not seek this extension for purposes of delay, but out of necessity, and in the interest of justice, to permit the United States to determine whether it will seek further review of the Court's decision. Thus, the government respectfully requests that the Court extend the Appellant's time for filing a petition rehearing until November 5, 2020.

Respectfully submitted,

ERIN NEALY COX
*United States Attorney*
*Northern District of Texas*

JOSH J. MINKLER
*United States Attorney*
*Southern District of Indiana*

By:    /s/ LEIGHA SIMONTON
*Assistant U.S. Attorney*
*Northern District of Texas*

*Special Assistant U.S. Attorney*
*Southern District of Indiana*
*10 West Market St., Ste. 2100*
*Indianapolis, Indiana 46204*
*(817) 252-5273*

## CERTIFICATE OF CONFERENCE

I certify that, on September 30, 2020, I conferred with Webster's counsel, who

was unopposed to the extension request.

/s/ LEIGHA SIMONTON
*Assistant U.S. Attorney*

**CERTIFICATE OF COMPLIANCE**

I certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5)(A) and (a)(6), as modified by Cir. R. 32(b), because I have prepared this brief in proportionally spaced typeface using Microsoft Word 2016 in 13-point (body) and 12-point (footnotes) Book Antiqua font. I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B), as modified by Cir. R. 32(c), in that it contains 203 words.

/s/ LEIGHA SIMONTON
*Assistant U.S. Attorney*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ LEIGHA SIMONTON
*Assistant U.S. Attorney*