# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

October 1, 2020

*Before*

### MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 19-2683 | BRUCE CARNEIL WEBSTER, Petitioner - Appellee |
| | v. |
| | T. J. WATSON, Warden, Respondent - Appellant |

| **Originating Case Information:** |
| District Court No: 2:12-cv-00086-JPH-MJD Southern District of Indiana, Terre Haute Division District Judge William T. Lawrence |

Upon consideration of the **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR PANEL REHEARING OR FOR REHEARING EN BANC** , filed on September 30, 2020, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Appellant's petition for rehearing, if any, is due on or before November 5, 2020.

form name: **c7_Order_3J**(form ID: **177**)